UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC LEGAL FOUNDATION,

        Plaintiff,

   v.

SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior; DANIEL M. ASHE, in his official capacity as Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES FISH AND WILDLIFE SERVICE,

        Defendants.
_____/

NO. CIV. S-13-0594 LKK/AC

O R D E R

    A status conference was held in chambers on June 17, 2013. After hearing, the court orders as follows:

    1.   A further status conference is set for August 5, 2013 at 2:00 p.m.

    2.   If the case is not settled by the August 5, 2013 status conference, the court will direct that a summary judgment

1

1 motion be filed.
2    IT IS SO ORDERED.
3    DATED: June 18, 2013.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2