1

2

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

3

4

5

6

7

8

9

10

11

| | |
|---|---|
| PACIFIC LEGAL FOUNDATION, | CASE NO. 2:13-cv-594-LKK |
| Plaintiff, | **ORDER** |
| v. | |
| S.M.R. JEWELL, in her official capacity as Secretary of the Interior; DANIEL M. ASHE, in his official capacity as Director of the U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and U.S. FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

12

13       The Court, having considered Defendants' Unopposed Motion to Modify Stipulated

14   Settlement Agreement (ECF No. 17), hereby GRANTS the motion and ORDERS that the revised

15   deadlines for submitting the findings to the Federal Register shall be as follows:

16

17

| | |
|---|---|
| Eureka Valley dunegrass | February 21, 2014 |
| Eureka Valley evening primrose | February 21, 2014 |
| Tidewater goby | March 7, 2014 |

18

19

20

Dated:  December 19, 2013.

21

22

23

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

24

25

26

27

28

CALIFORNIA CATTLEMEN'S ASSOCIATION V. JEWELL,
Case 2:13-cv-00800-GEB-AC
PROPOSED ORDER